WENDY M. KRINCEK, ESQ., Bar No. 6417
DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email:	wkrincek@littler.com
	ddickinson@littler.com

Attorneys for Defendant
AMERICAN WAGERING, INC. d/b/a
WILLIAM HILL US

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD SCOTT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN WAGERING, INC. d/b/a WILLIAM HILL US, a domestic corporation; AND DOES 1-50, inclusive,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-01282-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[FFITH REQUEST]** |

Pursuant to Local Rule IA 6-1 and Local Rule 26-3, Defendant AMERICAN WAGERING, INC. d/b/a WILLIAM HILL US ("Defendant") and Plaintiff RICHARD SCOTT ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to amend the Discovery Plan and Scheduling Order (ECF No. 23) by extending the outstanding discovery deadlines for a period of thirty (30) days.

This is the fifth request for an extension to the Discovery Plan and Scheduling Order in this matter.  The requested extension is sought in good faith and not for purposes of undue delay.  This request is submitted at least twenty-one (21) days or more before the expiration of the subject deadlines.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

**DISCOVERY COMPLETED TO DATE**

Defendant served its initial disclosures on September 15, 2020. Plaintiff served his initial disclosures on or about September 17, 2020. On October 28, 2020, Plaintiff propounded written Requests for Production of Documents and Interrogatories on Defendant. Defendant responded to Plaintiff's discovery on December 30, 2020. Defendant propounded its First Set of Interrogatories and Requests for Production of Documents on Defendant 2, 2020. Plaintiff responded to Defendant's Request for Production of Documents on February 11, 2021, and Defendant's Interrogatories on February 12, 2021. Defendant has issued subpoenas based on Plaintiff's responses to written discovery. Plaintiff supplemented his disclosures on February 11, 2021. Defendant supplemented its disclosures on December 30, 2020, and August 4, 2021. Plaintiff propounded a Second Set of Requests for Production on October 7, 2021. Defendant responded to Plaintiff's Second Set of Requests for Production on November 15, 2021. Since the last request for an extension, Defendant supplemented its disclosures on November 15, 2021. Defendant took Plaintiff's deposition on October 5, 2021. Plaintiff took a deposition of Defendant's Person Most Qualified on November 30, 2021.

**DISCOVERY THAT REMAINS TO BE COMPLETED**

Plaintiff intends to depose a former employee of Defendant.

**REASONS FOR EXTENSION TO COMPLETE DISCOVERY**

This extension is necessary to allow both parties ample time to complete all appropriate discovery. Specifically, additional time is needed to take deposition of Defendant's former employee Ali Qutob. Additional time is also needed to allow the parties to re-visit the settlement negotiations engaged in at the ENE held in this matter and the parties believe delaying Mr. Qutob's deposition until negotiations are completed will assist in the potential settlement of this matter.

The parties believe that, absent any unforeseen circumstances, all necessary discovery can be accomplished by the requested extended deadline. Good cause exists to extend all deadlines in order to permit the parties to achieve their respective stated discovery goals and in consideration of current restrictions in place related to the COVID-19 pandemic.

**PROPOSED REVISED DISCOVERY PLAN**

1.   Discovery Cut-Off Deadline

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The discovery cut-off deadline shall be extended for thirty (30) days from December 27, 2021 to **Wednesday, January 26, 2022**.

2.  Dispositive Motions Deadline

The dispositive motion deadline shall be extended to **Friday, February 25, 2022.**

3.  Joint Pretrial Order Deadline

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be extended to **Monday, March 28, 2022 [Deadline lands on Sunday moved to Monday].** In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

4.  Extensions or Modification of the Discovery Plan and Scheduling Order

In accordance with Local Rule 26-3, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made at least twenty-one (21) days prior to the expiration of the subject deadline.

/ / /

/ / /

/ / /

/ / /

3.

Accordingly, the parties stipulate, subject to approval of this Court, to the following new proposed deadlines:

|  | Current Deadline | **Revised Deadline** |
|---|---|---|
| Discovery Cut-Off | Monday, December 27, 2021 | **Wednesday, January 26, 2022** |
| Dispositive Motions | Wednesday, January 26, 2022 | **Friday, February 25, 2022** |
| Joint Pretrial Order | Friday, February 25, 2022 | **Monday, March 28, 2022**[1] |

Dated: December 6, 2021

Respectfully submitted,

*/s/ Theresa M. Santos*
DANIEL R. WATKINS, ESQ.
THERESA M. SANTOS, ESQ.
R. SAMUEL EHLERS, ESQ.
WATKINS & LETOFSKY, LLP

Attorneys for Plaintiff
RICHARD SCOTT

Dated: December 6, 2021

Respectfully submitted,

*/s/ Diana G. Dickinson*
WENDY M. KRINCEK, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AMERICAN WAGERING, INC. d/b/a
WILLIAM HILL US

**ORDER**

**IT IS SO ORDERED.**

Dated: December 7, 2021, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4876-0309-5045.1 / 092768-1004

---

[1] In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800